UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                           CASE NO. 08-60349-TJT

CLARENCE J. ALLEN                           CHAPTER 13 PROCEEDINGS
                                            HON. THOMAS J. TUCKER

                    Debtor
_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

   The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CLARENCE J. ALLEN<br>10929 WHITEHILL<br>DETROIT, MI 48224-0000<br>SSN: XXX-XX-3341 | N/A | N/A | DEBTOR REFUND | 1284726 | 7/30/10 | $ 125.55 |

DATED: August 12, 2010                      /s/ TAMMY L. TERRY
                                            TAMMY L. TERRY, STANDING
                                            CHAPTER 13 TRUSTEE
                                            535 GRISWOLD
                                            SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930     8274821
DETROIT, MICHIGAN 48231-1930

0860349 00000 07/14 1284726
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

### OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 07/30/2010                                               Check No: 1284726
Payee: CLERK OF US BANKRUPTCY COURT

| 0860349 | CLARENCE J. ALLEN | | | | 125.55 | 0.00 | 125.55 |
|---------|-------------------|---|---|---|--------|------|--------|
| | ACCT: | CLAIM: 00000 TYPE: | | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1284726
SunTrust Bank

FOR    CLARENCE J. ALLEN
       BK:0860349 ACCT:
       PRIN:    125.55  INT:    0.00

DATE  Jul 30, 2010

AMOUNT
*******125.55

PAY   125.55
      One Hundred Twenty-Five And 55 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $125.55
VOID 90 DAYS AFTER DATE

TO
THE
ORDER
OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CLARENCE J. ALLEN

CASE NO. 08-60349-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____ Debtor _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**UAW LEGAL SERVICES PLAN
7430 SECOND AVE #1000
DETROIT, MI 48202**

**Last Known Address for Debtor:**

**CLARENCE J. ALLEN
10929 WHITEHILL
DETROIT, MI 48224**

DATED: August 12, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100